

FILED

12/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0740

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0740

_____

LOREN JOSEPH SPOTTED EAGLE,

    Petitioner,

v.

D.J. GODFREY, Warden,
Crossroads Correctional Center,

    Respondent.

O R D E R

_____

Loren Joseph Spotted Eagle has filed a Petition for Writ of Habeas Corpus, explaining that he did not receive credit for time served in the Ninth Judicial District Court, Pondera County, upon sentencing last year. He states that he was in jail for at least 150 days. Upon review, we deem it appropriate to require a response to his Petition.

IT IS THEREFORE ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Loren Joseph Spotted Eagle personally.

DATED this 30 day of December, 2024.

_____
Justice

FILED

DEC 3 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana